①

United States District Court
District of Vermont

4/2/2015

Patricia R. Sheerin Plaintiff

v.

Howard Center and all its affiliates defendant

## Complaint

① Patricia R. Sheerin Plaintiff Pro Sae
PO Box 124
Burlington, VT 05402
Social Security # 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

② Howard Center and all its affiliates (defendant)
208 Flynn Ave Suite 3;
Burlington, VT 05401

### Jurisdiction

③ The jurisdiction is the US District Court as the Freedom of Information Act (FOIA) is a federal law.

United States District Court
District of Vermont

4/2/2015

Patricia R. Sheerin

v.

Howard Center and All its Affiliates

Complaint
Claim

④ I, Patricia R. Sheerin, am requesting from Howard Center and all its affiliates, under the Freedom of Information Act (FOIA):

Any and all records, documents and information of and or linked databases (current and deleted) including tracking software, with my name and/or my name and social security number, and/or an alias using my social security number. This is to include tracking information, biosurveillance and "technologies that address the needs of children and vulnerable populations" (42 USC §300jj 11) "Technologies that facilitate the community of care" (42 USC §300jj-11-IV). and electronic individually identifiable health information (42 USC §300jj 12 HIT Policy Committee).

Patricia R. Sheerin Pro Se